Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

January 21, 2021
WILLIAM M. McCOOL, Clerk
By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> KALVINN JAY GARCIA <br><br> Defendant. | NO. **CR21-012 JCC** <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT ONE

### (ARSON)

On or about February 24, 2020, at Seattle, within the Western District of Washington, KALVINN JAY GARCIA did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building, namely Queer/Bar, located at 1518 11th Avenue, Seattle, that was used in interstate and foreign commerce and in activity affecting interstate and foreign commerce.

Indictment/
*United States v. Kalvinn Jay Garcia* - 1

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL.

DATED: 1/21/2021

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*
FOREPERSON

BRIAN T. MORAN
United States Attorney

TODD GREENBERG
Assistant United States Attorney

YE-TING WOO
Assistant United States Attorney

Indictment/
*United States v. Kalvinn Jay Garcia* - 2

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970