```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

         NOV 12 2021
            AT SEATTLE
      CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KALVINN JAY GARCIA,<br><br>Defendant | NO. CR21-012-JCC<br><br>MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

   ☒   Crime of violence (18 U.S.C. 3156).

   ☐   Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

   ☐   Crime with a maximum sentence of life imprisonment or death.

   ☐   Drug offense with a maximum sentence of ten years or more.

   ☐   Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

MOTION FOR DETENTION/
*United States v. Garcia*, CR21-012-JCC - 1

UNITED STATES ATTORNEY
700 Stewart Street Suite 5220
Seattle, Washington 98101
(206) 553-7970

☐ Felony offense involving a minor victim other than a crime of violence.

☐ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any other dangerous weapon.

☐ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. 2250).

☒ Serious risk the defendant will flee.

☐ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

☒ Defendant's appearance as required.

☒ Safety of any other person and the community.

**Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

☒ At the initial appearance

☐ After a continuance of ____ days (18 U.S.C. 3142(f)(2)).

DATED this 12th day of November, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Rebecca S. Cohen*
REBECCA S. COHEN
Assistant United States Attorney

MOTION FOR DETENTION/
*United States v. Garcia*, CR21-012-JCC - 2

UNITED STATES ATTORNEY
700 Stewart Street Suite 5220
Seattle, Washington 98101
(206) 553-7970