UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KALVINN JAY GARCIA,<br><br>　　　　　　　Defendant. | Case No. CR21-12 JCC<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

　　　Count 1:　　Arson, 18 U.S.C. § 844(i)

<u>Date of Detention Hearing</u>:  November 17, 2021

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Garcia poses a risk of nonappearance due to pending charges, a history of failure to appear, and no stable residence. Mr. Garcia also appears to have provided conflicting information about his drug use. In addition, his release plan is questionable as his mother has agreed to allow him to reside with her but has expressed great concern about his ability to comply with her requirements that he

DETENTION ORDER - 1

take his medication and abstain from drugs and alcohol. Moreover, Mr. Garcia's mother reported the roads to her home are currently flooded and he will not be able to access her home.

2. Mr. Garcia poses a risk of danger due to the nature of the instant offense with a prior similar conviction and general safety concerns for the community and for himself due to mental health issues.

3. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Garcia's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Garcia shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Garcia shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Garcia is confined shall deliver Mr. Garcia to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Garcia, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of November, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge