JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KALVINN JAY GARCIA,<br><br>    Defendant. | No. CR21-012-JCC<br><br>(~~PROPOSED~~) ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

THIS COURT has considered the stipulated motion to extend the pretrial motions for one week in this matter.

IT IS NOW ORDERED that pretrial motions are due by December 10, 2021.

DATED this 3rd day of December 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Kalvinn Garcia

ORDER TO EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Garcia*, CR21-012-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100