UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALVINN JAY GARCIA,<br><br>Defendant. | NO. CR21-012-JCC<br><br>SUPERSEDING INFORMATION |

The United States Attorney charges that:

### COUNT 1
### (Hate Crime)

On or about February 24, 2020, at King County, within the Western District of Washington, KALVINN JAY GARCIA, through the use of fire, did attempt to willfully cause bodily injury to individuals inside a building, namely Queer/Bar, located at 1518 11th Avenue, Seattle, because of the actual and perceived sexual orientation and gender identity of these individuals. In so doing, KALVINN JAY GARCIA interfered with the commercial and other economic activity in which the individuals inside Queer/Bar were engaged at the time of the conduct and otherwise affected interstate and foreign commerce.

//

//

Information - 1
United States v. Garcia
CR21-012-JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 249(a)(2)(A) and (a)(2)(B)(iv).

DATED this 20th day of May, 2022.

*Sarah C. Vogel, for*
NICHOLAS W. BROWN
United States Attorney

*Rebecca S Cohen*
for TODD GREENBERG
Assistant United States Attorney

*Reb S Cohen*
for REBECCA S. COHEN
Assistant United States Attorney

*Reb S Cohen*
for AEJEAN CHA
Trial Attorney
Criminal Section
Civil Rights Division

Information - 2
*United States v. Garcia*
CR21-012-JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970