THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>    v.<br>KALVINN GARCIA,<br><br>               Defendant. | CASE NO. CR21-0012-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to seal his sentencing memorandum and the exhibits to it (Dkt. No. 62). While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the nature of the medical information contained in the memorandum and the exhibits at issue, these criteria are met here. Accordingly, Defendant's motion to seal (Dkt. No. 62) is GRANTED and the Clerk is DIRECTED to maintain Docket Number 63 and its exhibits under seal.

//

//

ORDER
CR22-0012-JCC
PAGE - 1

DATED this 19th day of October 2023.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE