

**United States Probation and Pretrial Services**
*Western District of Washington*

Monique D. Neal      Brenda L. Amundson
*Chief*     *Deputy Chief*

# MEMORANDUM

| | |
|---|---|
| Date: | December 3, 2024 |
| To: | The Honorable John C. Coughenour, United States District Judge |
| From: | Darcell Prescott<br>United States Probation Officer |
| Subject: | Kalvinn Jay Garcia<br>Case Number: 2:21CR00012JCC-001<br>**STATUS REPORT** |

**STATUS**:
On September 23, 2024, I submitted a violation report and request for warrant alleging Mr. Garcia violated the conditions of supervised release by failing to follow instructions of the probation officer and failing to live at a place approved by the probation officer.

On September 27, 2024, Mr. Garcia made an initial appearance before The Honorable Mary Alice Theiler, United States Magistrate Judge. He denied both allegations and stipulated to detention pending a detention hearing. On September 30, 2024, Mr. Garcia appeared for a detention hearing. He was released on bond pending disposition scheduled before Your Honor on December 10, 2024, at 9:00 a.m.

**ADJUSTMENT AND EVALUATION**:
Since Mr. Garcia's release on bond, he has remained at the Seattle Residential Reentry Center. There he receives case management, stability, and accountability. His movements are limited aside from leaving the facility with family to keep Mr. Garcia focused and ensure he accesses services available to him while at the reentry center. The hope is Mr. Garcia will qualify for financial and housing benefits so he can obtain long-term housing. His case manager, the Federal Public Defender's Office, and I are working diligently to set him up for success after he completes supervision.

Mr. Garcia is cognitively impaired. Because of this, he can be impulsive and make poor choices without thinking of the potential consequences. He admitted to consuming illicit substances and alcohol during the brief period on abscond status; however, his urine samples at the residential reentry center have tested negative.

**RECOMMENDATION**:
Given Mr. Garcia's participation on supervision and current adherence to the conditions of supervised release, I respectfully recommend the Court take no action on the violations and strike the hearing scheduled for December 10, 2024. Assistant United States Attorney Ericka Evans, and Defense Attorney Corey Endo concur with my recommendation.

The Honorable John C. Coughenour, United States District Judge | Page 2
RE: Kalvinn Jay Garcia, 2:21CR00012JCC-001 | December 3, 2024

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 3rd day of December, 2024.

BY:

*[signature]*

Darcell Prescott
United States Probation Officer

*[signature]*

Analiese D. Johnson
Supervising United States Probation Officer

---

### THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Judicial Officer endorses the United States Probation Officer's actions and strikes the hearing scheduled for December 10, 2024
☐ Other:

*[signature]*

Signature of Judicial Officer

12/4/2024
Date